# INDEX OF EXHIBITS

A.  BELVOIR MEDIA GROUP ELITE MASTERFILE Mailing List

B.  *Privacy: Sales, Rentals of Videos, etc.*, House Legislative Analysis Section, H.B. No. 5331, Jan. 20, 1989

C.  The Information Marketplace: Merging and Exchanging Consumer Data (Mar. 13, 2001)

D.  Web's Hot New Commodity: Privacy, WSJ (Feb. 28, 2011)

E.  Statement of FTC Commissioner Pamela Jones Harbour (Dec. 7, 2009)

F.  Martha C. White, *Big Data Knows What You're Doing Right Now*, TIME.com (July 31, 2012)

G.  Natasha Singer, *You for Sale: Mapping, and Sharing, the Consumer Genome*, N.Y. Times (June 16, 2012)

H.  Letter from Senator John D. Rockefeller IV, Chairman, Senate Committee on Commerce, Science, and Transportation, to Scott E. Howe, Chief Executive Officer, Acxiom (Oct. 9, 2012)

I.  *Bipartisan Group of Lawmakers Query Data Brokers About Practices Involving Consumers' Personal Information*, Website of Senator Ed Markey (July 24, 2012)

J.  *Prize Scams*, Federal Trade Commission

K.  Charles Duhigg, *Bilking the Elderly, With a Corporate Assist*, N.Y. Times, May 20, 2007

L.  *Fraud Against Seniors: Hearing before the Senate Special Committee on Aging* (August 10, 2000)

M.  *2014 TRUSTe US Consumer Confidence Privacy Report*, TRUSTe

N.  Joshua Brustein, *Start-Ups Seek to Help Users Put a Price on Their Personal Data*, N.Y. Times (Feb. 12, 2012)

O. European Network and Information Security Agency, Study on monetizing privacy (Feb. 27, 2012)

P. Hann, *et al.*, *The Value of Online Information Privacy: An Empirical Investigation* (Oct. 2003)

Q. *California's Reader Privacy Act Signed into Law*, Electronic Frontier Foundation (Oct. 3, 2011)