# Exhibit A

# BELVOIR MEDIA GROUP ELITE MASTERFILE Mailing List

The Belvoir Media Group Elite Masterfile is an unduplicated masterfile consisting of the subscribers to all of Belvoir's newsletters.

[Get Count]   [Get Pricing]   [Get More Information]

| SEGMENTS | COUNTS THROUGH 04/30/2022 | | POPULARITY: | ••••• 99 |
|---|---|---|---|---|
| 736,793 | TOTAL UNIVERSE / BASE RATE | $110.00/M | MARKET: | CONSUMER |
| 218,278 | 3 MONTH SUBSCRIBERS | + $15.00/M | CHANNELS: | 📧 |
| 397,802 | 6 MONTH SUBSCRIBERS | + $10.00/M | SOURCE: | DIRECT MAIL (RENEWALS) |
| 736,793 | ACTIVE SUBSCRIBERS | $110.00/M | | |
| | NON RECIPROCATION | $150.00/M | PRIVACY: | UNKNOWN |
| | CATALOG RATE | $90.00/M | DMA?: | YES - MEMBER |
| | SPECIAL FUNDRAISER RATE | $85.00/M | STATUS: | PREFERRED PROVIDER |
| | | | GEO: | USA |
| | | | GENDER: | 40% FEMALE 43% MALE |

## DESCRIPTION

(FORMERLY: Belvoir Media Group Elite Sportsmen Masterfile)



The Belvoir Media Group Elite Masterfile is an unduplicated masterfile consisting of the subscribers to all of Belvoir's newsletters.

Additional Charges: Segment Selects

Special Interest Categories: Aviation, Pet Owners, Firearms, Boating

Reciprocity required.

All orders cancelled after merge and/or mail date will be billed at full rental rate. Orders cancelled prior to merge will be billed a $150/F fee plus $10/M run charges and all applicable selection charges. List owner/manager needs to be notified of any cut backs or cancellations before the merge happens.

Reference: M093809

## ORDERING INSTRUCTIONS

- To order this list, contact your List Broker and ask for NextMark List ID #103825 or click here to place your request.

### SELECTS

| | |
|---|---|
| 3 MONTH HOTLINE | $15.00/M |
| ACTIVE SUBSCRIBERS | |
| AREA OF INTEREST | $11.00/M |
| GENDER/SEX | $10.00/M |
| MULTI BUYERS | $15.00/M |
| PAID | $10.00/M |
| RENEWALS | $6.00/M |
| REUSE MINIMUM CHARGE | $200.00/F |
| SCF | $10.00/M |
| SEGMENT SELECTS | |
| SPECIAL INTEREST CATEGORIES | |
| STATE | $10.00/M |
| ZIP | $10.00/M |

### ADDRESSING

| | |
|---|---|
| KEY CODING | $2.00/M |
| EMAIL/FTP DELIVERY (FLAT FEE) | $75.00/F |
| FUNDRAISING/NON-PROFIT KEYING | $2.00/M |

### RELATED LISTS

- HANDGUNS MAGAZINE
- GUNS AND AMMO MAGAZINE
- FIREARMS NEWS
- SHOOTING TIMES MAGAZINE
- RIFLESHOOTER MAGAZINE
- GUN TESTS NEWSLETTER
- AMERICAN GUNSMITH NEWSLETTER
- MAYO CLINIC HEALTH LETTER
- NATURE CONSERVANCY
- SMITHSONIAN MAGAZINE