# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PHILLIP LEE; PAMELA WHITE; PATRICIA VANDUSEN; RONALD ALLIX, AND RANDY WELCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BELVOIR MEDIA GROUP, LLC,<br><br>Defendant. | Case No. 22-cv-12153<br><br>Hon. Shalina D. Kumar |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gregory A. Mitchell of The Miller Law Firm, P.C. hereby enters his appearance as counsel of record on behalf of Plaintiffs in the above captioned matter.

Dated: September 12, 2022           Respectfully submitted,

/s/ *Gregory A. Mitchell*
Gregory A. Mitchell (P68723)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
gam@millerlawpc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2022, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

          /s/ *Gregory A. Mitchell*
          Gregory A. Mitchell (P68723)
          **THE MILLER LAW FIRM, P.C.**
          950 W. University Dr., Ste. 300
          Rochester, MI 48307
          Tel: (248) 841-2200
          gam@millerlawpc.com