## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PHILLIP LEE; PAMELA WHITE; PATRICIA VANDUSEN; RONALD ALLIX; and RANDY WELCH, <br><br> Plaintiffs, <br><br> v. <br><br> BELVOIR MEDIA GROUP, LLC, <br><br> Defendant. | Case No. 4:22-cv-12153-SDK-DRG |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Frank S. Hedin, of Hedin Hall LLP, hereby enters his appearance as counsel of record for Plaintiffs in the above-captioned matter.

Dated: September 23, 2022

Respectfully submitted,

/s/ *Frank S. Hedin*
Frank S. Hedin
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinhall.com

*Counsel for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

*/s/ Frank S. Hedin*