## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

PHILLIP LEE; PAMELA WHITE; PATRICIA VANDUSEN; RONALD ALLIX; and RANDY WELCH, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

BELVOIR MEDIA GROUP, LLC,

    Defendant.

Case No. 22-12153

Hon. Shalina D. Kumar

Magistrate Judge David R. Grand

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Peter B. Kupelian of the law firm Clark Hill PLC hereby enters his appearance on behalf of Defendant Belvoir Media Group, LLC in the above cause of action.

Respectfully submitted,

CLARK HILL, PLC

By: */s/Peter B. Kupelian*
Peter B. Kupelian (P31812)
Attorney for Defendant
151 S. Old Woodward Ave., Ste. 200
Birmingham, MI 48009
(248) 530-6336
pkupelian@clarkhill.com

Dated: September 28, 2022

## CERTIFICATE OF SERVICE

I certify that on September 28, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

>*/s/Peter B. Kupelian*
>CLARK HILL PLC
>151 S. Old Woodward Ave., Ste. 200
>Birmingham, MI 48009
>(248) 530-6336
>pkupelian@clarkhill.com
>P31812