# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PHILLIP LEE; PAMELA WHITE; PATRICIA VANDUSEN; RONALD ALLIX; and RANDY WELCH, individually and on behalf of all others similarly situated, | Case No. 22-12153 |
| Plaintiffs, | Hon. Shalina D. Kumar |
| vs. | Magistrate Judge David R. Grand |
| BELVOIR MEDIA GROUP, LLC, | |
| Defendant. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Carol G. Schley of the law firm Clark Hill PLC hereby enters her appearance on behalf of Defendant Belvoir Media Group, LLC in the above cause of action.

Respectfully submitted,

CLARK HILL PLC

By:*/s/ Carol G. Schley*
Carol G. Schley (P51301)
Attorney for Defendant
151 S. Old Woodward Ave., Ste. 200
Birmingham, MI 48009
(248) 530-6338
cschley@clarkhill.com

Dated: September 28, 2022

## CERTIFICATE OF SERVICE

I certify that on September 28, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

> By: */s/ Carol G. Schley*
> CLARK HILL PLC
> 151 S. Old Woodward Ave., Ste. 200
> Birmingham, MI 48009
> (248) 530-6338
> cschley@clarkhill.com
> (P51301)