# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PHILLIP LEE; PAMELA WHITE; PATRICIA VANDUSEN; RONALD ALLIX; and RANDY WELCH, individually and on behalf of all others similarly situated, <br><br>  Plaintiffs, <br> vs. <br><br> BELVOIR MEDIA GROUP, LLC, <br><br>  Defendant. | Case No. 4:22-cv-12153 <br><br> Hon. Shalina D. Kumar <br><br> Magistrate Judge David R. Grand |

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant BELVOIR MEDIA GROUP, LLC.

Dated: October 17, 2022

 

                                                                                                 */s/ Deborah H. Renner*
                                                                                                 Deborah H. Renner
                                                                                                 New York Bar No. 2561728
                                                                                                 DENTONS US LLP
                                                                                                 1221 Avenue of the Americas
                                                                                                 New York, NY 10020
                                                                                                 Tel: (212) 768-6700
                                                                                                 Fax: (212) 768-6800
                                                                                                 deborah.renner@dentons.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 17, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      */s/ Deborah H. Renner*
      Deborah H. Renner