# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

PHILLIP LEE; PAMELA WHITE; )
PATRICIA VANDUSEN; RONALD )
ALLIX; and RANDY WELCH, individually )
and on behalf of all others similarly situated, ) Case No. 4:22-cv-12153
)
                Plaintiffs, ) Hon. Shalina D. Kumar
     vs. )
) Magistrate Judge David R. Grand
BELVOIR MEDIA GROUP, LLC, )
)
                Defendant. )
_____)

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant BELVOIR MEDIA GROUP, LLC.

Dated: October 17, 2022

*/s/ Kristen C. Rodriguez*
Kristen C. Rodriguez
Illinois Bar No. 6300697
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606-6404
Tel: (312) 876-8000
Fax: (312) 876-7934
kristen.rodriguez@dentons.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

> /s/ Kristen C. Rodriguez
> Kristen C. Rodriguez