# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PHILLIP LEE; PAMELA WHITE; PATRICIA VANDUSEN; RONALD, ALLIX; and RANDY WELCH, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>BELVOIR MEDIA GROUP, LLC,<br><br>　　　　　　　Defendant. | Case No. 4:22-cv-12153<br><br>Hon. Shalina D. Kumar<br><br>Magistrate Judge David R. Grand |

## NOTICE OF APPEARANCE

To:　The Clerk of Court and all parties of record.

　　I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Belvoir Media Group, LLC.

Dated: October 18, 2022

　　　　　　　　　　　　　　　　　　　　/s/ Katelynn McCollough
　　　　　　　　　　　　　　　　　　　　Katelynn McCollough
　　　　　　　　　　　　　　　　　　　　Iowa Bar No. AT0013443
　　　　　　　　　　　　　　　　　　　　DENTONS DAVIS BROWN PC
　　　　　　　　　　　　　　　　　　　　The Davis Brown Tower
　　　　　　　　　　　　　　　　　　　　215 10th Street, Suite 1300
　　　　　　　　　　　　　　　　　　　　Des Moines, IA 50309-3993
　　　　　　　　　　　　　　　　　　　　Tel: (515) 288-2500
　　　　　　　　　　　　　　　　　　　　Fax: (515) 243-0654
　　　　　　　　　　　　　　　　　　　　katelynn.mccollough@dentons.com

#3398338

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 18, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  */s/ Katelynn McCollough*
                                                  Katelynn McCollough