**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

Phillip Lee; Pamela White; Patricia Vandusen; Ronald Allix; and Randy Welch, individually and on behalf of other similarly situated,

**Plaintiff(s),**

Case No. 4:22-cv-12153

v.

Judge Shalina D. Kumar

Belvoir Media Group, LLC,

**Magistrate Judge**

**Defendant(s).**
_____/

**STATEMENT OF DISCLOSURE**
**OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to E. D. Mich. LR 83.4, _____Belvoir Media Group, LLC_____
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes "        No "X

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: _____
    Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes "        No "X

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name: _____
    Nature of Financial Interest: _____

Date: November 21, 2022

/s/ Kristen C. Rodriguez
**Signature**

IL Bar 6300697
**Bar No.**

233 S Wacker Drive. Suite 5900
**Street Address**

Chicago, IL 60606
**City, State, Zip Code**

312-876-6133
**Telephone Number**

kristen.rodriguez@dentons.com
**Primary Email Address**