IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

PHILLIP LEE; PAMELA WHITE; PATRICIA VANDUSEN; RONALD ALLIX; and RANDY WELCH, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

BELVOIR MEDIA GROUP, LLC,

Defendant.

Case No. 22-12153

Hon. Shalina D. Kumar

Magistrate Judge David R. Grand

**STIPULATED ORDER EXTENDING DEADLINES,
SETTING BRIEFING SCHEDULE AND ENLARGING PAGE LIMITS**

This matter is before the Court on the Stipulation of Plaintiffs and Defendant, as reflected by the signatures of their counsel below, and the Court being otherwise fully advised in the premises;

NOW THEREFORE, IT IS HEREBY ORDERED as follows:

1. In light of Plaintiffs' filing of a First Amended Complaint on December 12, 2022, Defendant's pending motion to dismiss Plaintiffs' original Complaint is withdrawn.

2. The deadline by which Defendant may file a motion to dismiss in response to Plaintiffs' First Amended Complaint as permitted by the Federal Rules of Civil Procedure is extended through and includes January 27, 2023 (the "Motion"). Plaintiffs may file their opposition to Defendant's Motion

within 30 days of the filing of the Motion (the "Opposition"). Defendant may file a reply in support of its Motion within 14 days after the filing of the Opposition.

3. The 25-page limit for the briefs filed in support of Defendant's Motion and Plaintiffs' Opposition is enlarged to 30 pages.  Defendant's reply brief shall be enlarged to 9 pages.

Date:  December 22, 2022          s/Shalina D. Kumar
                                  HON. SHALINA D. KUMAR
                                  U.S. DISTRICT COURT JUDGE

STIPULATED:

| | |
|---|---|
| /s/ *Phil L. Fraietta* (with permission) | /s/*Carol G. Schley* |
| E. Powell Miller (P39487) | DENTONS US LLP |
| Sharon Almonrode (P33938) | Kristen C. Rodriguez |
| Gregory Mitchell (P68723) | Deborah H. Renner |
| The Miller Law Firm, P.C. | 233 S. Wacker Drive, Suite 5900 |
| Attorneys for Plaintiff | Chicago, IL 60606-6404 |
| 950 W. University Drive, Suite 300 | Tel: (312 876-8000 |
| Rochester, MI 48307 | kristen.rodriguez@dentons.com |
| (284) 841-2200 | deborah.renner@dentons.com |
| epm@millerlawpc.com | |
| gam@millerlawpc.com | DENTONS DAVIS BROWN, P.C. |
| ssa@millerlawpc.com | Katelynn T. McCollough |
| | Davis Brown Tower |
| Frank S. Hedin | 215 10th Street, Suite 1300 |
| Hedin Hall LLP | Des Moines, IA 50309-3993 |
| 1395 Brickell Avenue, Suite 1140 | Tel: (515) 246-7831 |
| Miami, FL 33131 | katelynn.mccollough@dentons.com |
| (305) 357-2107 | |
| fhedin@hedinhall.com | Peter B. Kupelian (P31812) |
| aravindran@hedinhall.com | Carol G. Schley (P51301) |
| | Clark Hill PLC |
| Phil L. Fraietta | 151 South Old Woodward Ave., Suite 200 |
| Bursor & Fisher, P.A. | |
| 888 Seventh Ave. | Birmingham, MI 48226 |
| New York, NY 10019 | (248) 642-9692 |
| (646) 837-7150 | pkupelian@clarkhill.com |
| pfraietta@bursor.com | cschley@clarkhill.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| | |
| Dated: December 19, 2022 | Dated: December 19, 2022 |