## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| A | *Carter v. DTN Mgmt. Co.*, --- N.W.2d ---, 2023 WL 439760 (Mich. Ct. App. Jan. 26, 2023) |
| B | *Wheaton v. Apple Inc.*, Case No. 19-cv-02883, dkt. 51 (N.D. Cal. Sept. 20, 2019) (defendant's reply in support of motion to dismiss) |
| C | Declaration of Plaintiff Ronald Allix |