# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PHILLIP LEE; PAMELA WHITE; PATRICIA VANDUSEN; RONALD ALLIX; and RANDY WELCH, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BELVOIR MEDIA GROUP, LLC, <br><br> Defendant. | Case No. 4:22-cv-12153-SDK-DRG <br><br> **DECLARATION OF RONALD ALLIX** |

I, Ronald Allix, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Representative Plaintiff in this action and make this declaration in support of Plaintiffs' Opposition to Defendant's Motion to Dismiss.

2. Prior to July 31, 2016, I subscribed to *Kitplanes* and *Cleveland Clinic Men's Health Advisor*, which I understand are Belvoir Media Group, LLC publications.

3. I received *Kitplanes* and *Cleveland Clinic Men's Health Advisor* at my then addresses, 16088 Eastburn Street, Detroit, Michigan, 48205 and 3940 Toepfer Road, Warren, Michigan 48091.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed this 25 day of FEBRUARY, 2023 in _____.

_____
Ronald Allix