# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PHILLIP LEE; PAMELA WHITE; PATRICIA VANDUSEN; RONALD ALLIX; and RANDY WELCH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BELVOIR MEDIA GROUP, LLC,<br><br>Defendant. | Case No. 4:22-cv-12153-SDK-DRG<br><br>Hon. Shalina D. Kumar<br><br>Magistrate Judge David R. Grand |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiffs hereby move for leave to file a sur-reply in further support of their opposition to Defendant Belvoir Media Group, LLC's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint (ECF No. 18). Plaintiffs submit this Sur-Reply for the limited purpose of responding to the new argument made by Defendant for the first time in its reply brief (ECF No. 23) concerning the decision in *Bozung v. Christianbook, LLC*, 1:22-cv-00304-HYJ-RSK (W.D. Mich. March 6, 2023), which was issued after the filing of Plaintiffs' opposition brief. *See* ECF No. 23-2, PageID.1447-1461. Consistent with the number of pages permitted to Defendant to address this issue (*see* ECF No. 22 and accompanying text-only granting Defendant's request for 11 pages), Plaintiffs' Sur-Reply does not exceed 11 pages (brief attached hereto as **Exhibit A**).

Pursuant to Local Rule 7.1(a), counsel for Plaintiffs communicated with counsel for Defendant prior to bringing this motion. Plaintiffs' counsel was unable to secure concurrence in the relief requested. Defendant stated that it would "agree to a sur-reply but only limited to two pages, commensurate with what [Defendant] requested to address the decision."[1]

WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion for leave to file the attached Sur-Reply.

---

[1] It should also be noted that Defendant's discussion of the Christianbook decision in its reply continued through substantially more than 2 pages. *See* ECF No. 23, PageID.1430, 1436-1439.

1

Dated: March 16, 2023

Respectfully submitted,

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com

Joseph I. Marchese
Philip L. Fraietta (P85228)
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
Arun G. Ravindran
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
fhedin@hedinhall.com
aravindran@hedinhall.com

*Counsel for Plaintiffs and the Putative Class*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PHILLIP LEE; PAMELA WHITE; PATRICIA VANDUSEN; RONALD ALLIX; and RANDY WELCH, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BELVOIR MEDIA GROUP, LLC, <br><br> Defendant. | Case No. 4:22-cv-12153-SDK-DRG <br><br> Hon. Shalina D. Kumar <br><br> Magistrate Judge David R. Grand |

**PLAINTIFFS' BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO <u>DEFENDANT'S MOTION TO DISMISS</u>**

For Plaintiffs' brief in support of Plaintiffs' Motion for Leave to File Sur-Reply in Further Opposition to Defendant's Motion to Dismiss, Plaintiffs rely on the contents of their motion for leave and their proposed sur-reply and the exhibits thereto.

Dated: March 16, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ E. Powell Miller*
　　　　　　　　　　　　　　　　　　E. Powell Miller (P39487)
　　　　　　　　　　　　　　　　　　**THE MILLER LAW FIRM, P.C.**
　　　　　　　　　　　　　　　　　　950 W. University Drive, Suite 300
　　　　　　　　　　　　　　　　　　Rochester, MI 48307
　　　　　　　　　　　　　　　　　　Tel: 248-841-2200
　　　　　　　　　　　　　　　　　　epm@millerlawpc.com

　　　　　　　　　　　　　　　　　　Joseph I. Marchese
　　　　　　　　　　　　　　　　　　Philip L. Fraietta (P85228)
　　　　　　　　　　　　　　　　　　**BURSOR & FISHER, P.A.**
　　　　　　　　　　　　　　　　　　888 Seventh Avenue
　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　Tel: 646.837.7150
　　　　　　　　　　　　　　　　　　jmarchese@bursor.com
　　　　　　　　　　　　　　　　　　pfraietta@bursor.com

　　　　　　　　　　　　　　　　　　Frank S. Hedin
　　　　　　　　　　　　　　　　　　Arun G. Ravindran
　　　　　　　　　　　　　　　　　　HEDIN HALL LLP
　　　　　　　　　　　　　　　　　　1395 Brickell Avenue, Suite 1140
　　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　　Tel: 305.357.2107
　　　　　　　　　　　　　　　　　　fhedin@hedinhall.com
　　　　　　　　　　　　　　　　　　aravindran@hedinhall.com

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2023, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com
