IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PHILIP LEE; PAMELA WHITE; PATRICIA VANDUSEN; RONALD ALLIX; AND RANDY WELCH, individually and on behalf of others similarly situated,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>BELVOIR MEDIA GROUP, LLC,<br><br>    *Defendant*. | Case No. 4:22-cv-12153<br>Hon. Shalina D. Kumar<br><br>Magistrate Judge David R. Grand |

**DEFENDANT BELVOIR MEDIA GROUP, LLC'S
MOTION FOR LEAVE TO FILE RESPONSE
TO NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Belvoir Media Group, LLC ("Belvoir") respectfully moves the Court for leave to file a response to Plaintiffs' Notice of Supplemental Authority (the "Notice"), filed May 22, 2023 (ECF No. 31).

1. In their Notice, Plaintiffs enclose and make arguments based on *Nock v. Boardroom, Inc. d/b/a Bottom Line Inc.*, Case No. 22-cv-11296, ECF No. 27 (E.D. Mich. May 19, 2023). Plaintiffs imply that this Court should find the holding in *Nock* persuasive here.

2. In view of Plaintiffs' arguments concerning the weight this Court should give *Nock*, which would provide Plaintiffs with an unfair advantage if left

unanswered, Belvoir respectfully seeks leave to submit a response to Plaintiffs' Notice. The proposed Response to Notice of Supplemental Authority is attached hereto as Exhibit A.

3.  Pursuant to Local Rule 7.1(a), Defendant's counsel certifies that on June 3, 2023, they communicated with Plaintiffs' counsel, explaining the nature of the relief sought in this Motion and seeking concurrence in that relief. Plaintiffs' counsel stated they would not oppose a response to the Notice.

Dated: June 5, 2023               Respectfully submitted,

/s/ *Kristen C. Rodriguez*
Kristen C. Rodriguez
Deborah H. Renner
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700
kristen.rodriguez@dentons.com
deborah.renner@dentons.com

Peter B. Kupelian (P31812)
Carol G. Schley (P51301)
CLARK HILL PLC
151 South Old Woodward Ave., Suite 200
Birmingham, MI 48009
(248) 530-6336
pkupelian@clarkhill.com
cschley@clarkhill.com

*Counsel for Defendant*
*Belvoir Media Group, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PHILIP LEE; PAMELA WHITE; PATRICIA VANDUSEN; RONALD ALLIX; AND RANDY WELCH, individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>BELVOIR MEDIA GROUP, LLC,<br><br>*Defendant*. | Case No. 4:22-cv-12153<br>Hon. Shalina D. Kumar<br><br>Magistrate Judge David R. Grand |

**BRIEF IN SUPPORT OF DEFENDANT BELVOIR MEDIA GROUP, LLC'S MOTION FOR LEAVE TO FILE RESPONSE <u>TO NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

## STATEMENT OF ISSUES PRESENTED

1. Whether Belvoir should be granted leave to file a response to Plaintiffs' arguments in their Notice of Supplemental Authority?

    Defendant's Answer: Yes.

**STATEMENT OF CONTROLLING/MOST APPROPRIATE AUTHORITY**

The controlling and most appropriate authority for this Motion includes:

1. *United States v. Van*, No. 06-20491, 2021 WL 4962139 (E.D. Mich. Oct. 26, 2021).

2. *Tokarczyk v. A.G. Edwards & Sons, Inc.*, No. 08-12481, 2009 WL 1025392 (E.D. Mich. Apr. 15, 2009).

3. *Nock v. Boardroom, Inc. d/b/a Bottom Line Inc.*, No. 22-cv-11296, ECF No. 27 (E.D. Mich. May 19, 2023).

Defendant Belvoir Media Group, LLC ("Belvoir") respectfully seeks leave to submit a response to Plaintiffs' Notice of Supplemental Authority (the "Notice"), filed May 22, 2023 (ECF No. 31).

## ARGUMENT

In their Notice, Plaintiffs enclose and make arguments on *Nock v. Boardroom, Inc. d/b/a Bottom Line Inc.*, Case No. 22-cv-11296, ECF No. 27 (E.D. Mich. May 19, 2023). Plaintiffs imply that this Court should find the holding in *Nock* persuasive here.

In view of Plaintiffs' arguments concerning the weight this Court should give *Nock*, which would provide Plaintiffs with an unfair advantage if left unanswered, Defendant respectfully seeks leave to submit a response to Plaintiffs' Notice. *See, e.g.*, *Tokarczyk v. A.G. Edwards & Sons, Inc.*, No. 08-12481, 2009 WL 1025392, at *1 n.1 (E.D. Mich. Apr. 15, 2009) (denying a motion to strike a response and notice of supplemental authority but granting the opportunity to file a supplemental pleading to address newly raised arguments and caselaw); *United States v. Van*, No. 06-20491, 2021 WL 4962139, at *2 (E.D. Mich. Oct. 26, 2021) (allowing defendant to file a response to a notice of supplemental authority concerning an opinion entered after briefing to argue new opinion was wrongly decided); *Smith v. Stellar Recovery, Inc.*, No. 15-cv-11717, 2017 WL 1336075, at *8 (E.D. Mich. Feb. 7, 2017) (allowing

defendant to respond to plaintiff's notice of supplemental authority). The proposed Response to Notice of Supplemental Authority is attached hereto as Exhibit A.

## CONCLUSION

For the foregoing reasons, Belvoir respectfully requests that it be granted leave to file a response to Plaintiffs' Notice of Supplemental Authority.

Dated: June 5, 2023               Respectfully submitted,

/s/ *Kristen C. Rodriguez*
Kristen C. Rodriguez
Deborah H. Renner
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700
kristen.rodriguez@dentons.com
deborah.renner@dentons.com

Peter B. Kupelian (P31812)
Carol G. Schley (P51301)
CLARK HILL PLC
151 South Old Woodward Ave., Suite 200
Birmingham, MI 48009
(248) 530-6336
pkupelian@clarkhill.com
cschley@clarkhill.com

*Counsel for Defendant*
*Belvoir Media Group, LLC*

2

## Certificate of Service

I hereby certify that on June 5, 2023, a copy of the foregoing document was filed electronically and served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ *Kristen C. Rodriguez*
Kristen C. Rodriguez
