# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PHILIP LEE; PAMELA WHITE; PATRICIA VANDUSEN; RONALD ALLIX; and RANDY WELCH, individually and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br><br>     v.<br><br>BELVOIR MEDIA GROUP, LLC,<br><br>                     Defendant. | Case No. 4:22-cv-12153-SDK-DRG<br><br>Hon. Shalina D. Kumar<br><br>Mag. David R. Grand |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITIES

Plaintiffs, individually and on behalf of all others similarly situated, submit this Notice of Supplemental Authorities to apprise the Court of recent decisions relevant to the issues raised in Plaintiffs' response in opposition (ECF No. 19) to Defendant's motion to dismiss (ECF No. 18) ("Plaintiffs' Response"):

1.  Following the filing of Plaintiffs' Response, two courts of the Western District of Michigan have recently issued opinions denying motions to dismiss claims for violation of the Michigan PPPA – claims which arose from allegations similar to Plaintiff's allegations here.

2.  On July 7, 2023, the Honorable Hala Y. Jarbou issued a decision denying the defendant's motion to dismiss in *Gottsleben v. Informa Media, Inc.*, No. 1:22-cv-866 (W.D. Mich. July 7, 2023), a PPPA action similar to the instant matter. A copy of the *Gottsleben* decision is attached hereto as **Exhibit A**.

3.  On July 13, 2023, the Honorable Hala Y. Jarbou issued a decision denying the defendant's motion to dismiss in *Schreiber v. Mayo Foundation for Medical Education and Research*, No. 2:22-cv-188 (W.D. Mich. July 13, 2023), a PPPA action also similar to the instant matter. A copy of the *Schreiber* decision is attached hereto as **Exhibit B**.

Dated: July 27, 2023         Respectfully submitted,

                             */s/ E. Powell Miller*
                             E. Powell Miller (P39487)
                             THE MILLER LAW FIRM, P.C.
                             950 W. University Drive, Suite 300

1

Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com

Joseph I. Marchese
Philip L. Fraietta (P85228)
BURSOR & FISHER, P.A.
1330 Avenue of the Americas
New York, New York 10019
Tel: 646.837.7150
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
David W. Hall
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
fhedin@hedinhall.com
dhall@hedinhall.com

*Counsel for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2023, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

                                           */s/ E. Powell Miller*
                                           E. Powell Miller (P39487)
                                           **THE MILLER LAW FIRM, P.C.**
                                           950 W. University Dr., Ste. 300
                                           Rochester, MI 48307
                                           Tel: (248) 841-2200
                                           epm@millerlawpc.com