IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PHILIP LEE; PAMELA WHITE; PATRICIA VANDUSEN; RONALD ALLIX; AND RANDY WELCH, individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>BELVOIR MEDIA GROUP, LLC,<br><br>*Defendant*. | Case No. 4:22-cv-12153<br>Hon. Shalina D. Kumar<br><br>Magistrate Judge David R. Grand |

**DEFENDANT BELVOIR MEDIA GROUP, LLC'S
MOTION FOR LEAVE TO FILE RESPONSE
TO NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Belvoir Media Group, LLC ("Belvoir") respectfully moves the Court for leave to file a response to Plaintiffs' Notice of Supplemental Authority (the "Notice"), filed July 27, 2023 (ECF No. 33).

1. In their Notice, Plaintiffs enclose *Gottsleben v. Informa Media, Inc.*, No. 1:22-cv-866 (W.D. Mich. July 7, 2023) and *Schreiber v. Mayo Foundation for Medical Education and Research*, No. 2:22-cv-188 (W.D. Mich. July 13, 2023) and imply that this Court should find the holdings in these actions persuasive here.

2. In view of Plaintiffs' arguments that the allegations in *Gottsleben* and *Schreiber* are similar to those alleged here, Plaintiffs would be given an unfair

advantage if Belvoir was not permitted to provide an answer. Belvoir respectfully seeks leave to submit a response to Plaintiffs' Notice. The proposed Response to Notice of Supplemental Authority is attached hereto as Exhibit A.

3. Pursuant to Local Rule 7.1(a), Defendant's counsel certifies that on July 28, 2023, they communicated with Plaintiffs' counsel, explaining the nature of the relief sought in this Motion and seeking concurrence in that relief. Plaintiffs had not responded at the time of filing.

Dated: July 28, 2023               Respectfully submitted,


/s/ *Kristen C. Rodriguez*
Kristen C. Rodriguez
Deborah H. Renner
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700
kristen.rodriguez@dentons.com
deborah.renner@dentons.com

Peter B. Kupelian (P31812)
Carol G. Schley (P51301)
CLARK HILL PLC
151 South Old Woodward Ave., Suite 200
Birmingham, MI 48009
(248) 530-6336
pkupelian@clarkhill.com
cschley@clarkhill.com

*Counsel for Defendant*
*Belvoir Media Group, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PHILIP LEE; PAMELA WHITE; PATRICIA VANDUSEN; RONALD ALLIX; AND RANDY WELCH, individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>BELVOIR MEDIA GROUP, LLC,<br><br>*Defendant*. | Case No. 4:22-cv-12153<br>Hon. Shalina D. Kumar<br><br>Magistrate Judge David R. Grand |

**BRIEF IN SUPPORT OF DEFENDANT BELVOIR MEDIA GROUP, LLC'S
MOTION FOR LEAVE TO FILE RESPONSE
<u>TO NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

## STATEMENT OF ISSUES PRESENTED

1. Whether Belvoir should be granted leave to file a response to Plaintiffs' arguments in their Notice of Supplemental Authority?

   Defendant's Answer: Yes.

**STATEMENT OF CONTROLLING/MOST APPROPRIATE AUTHORITY**

The controlling and most appropriate authority for this Motion includes:

1. *United States v. Van*, No. 06-20491, 2021 WL 4962139 (E.D. Mich. Oct. 26, 2021).

2. *Tokarczyk v. A.G. Edwards & Sons, Inc.*, No. 08-12481, 2009 WL 1025392 (E.D. Mich. Apr. 15, 2009).

3. *Gottsleben v. Informa Media, Inc.*, No. 1:22-cv-866, ECF No. 51 (W.D. Mich. July 7, 2023).

4. *Schreiber v. Mayo Found. for Med. Educ. and Res.*, No. 2:22-cv-188, ECF No. 45 (W.D. Mich. July 13, 2023).

Defendant Belvoir Media Group, LLC ("Belvoir") respectfully seeks leave to submit a response to Plaintiffs' Notice of Supplemental Authority (the "Notice"), filed July 27, 2023 (ECF No. 33).

## ARGUMENT

In their Notice, Plaintiffs enclose and imply that the Court should follow two recent decisions: *Gottsleben v. Informa Media, Inc.*, No. 1:22-cv-866, ECF No. 51 (W.D. Mich. July 7, 2023); and *Schreiber v. Mayo Foundation for Medical Education and Research*, No. 2:22-cv-188, ECF No. 45 (W.D. Mich. July 13, 2023).

Plaintiffs claim the allegations in *Gottsleben* and *Schreiber* are "similar to Plaintiff's allegations here" (PageID.1750), suggesting that the Court should find the holdings in those cases persuasive. This baseless assertion, if left unanswered, would provide Plaintiffs an unfair advantage. Defendant respectfully seeks leave to submit a response to Plaintiffs' Notice. *See, e.g.*, *Tokarczyk v. A.G. Edwards & Sons, Inc.*, No. 08-12481, 2009 WL 1025392, at *1 n.1 (E.D. Mich. Apr. 15, 2009) (denying a motion to strike a response and notice of supplemental authority but granting the opportunity to file a supplemental pleading to address newly raised arguments and caselaw); *United States v. Van*, No. 06-20491, 2021 WL 4962139, at *2 (E.D. Mich. Oct. 26, 2021) (allowing defendant to file a response to a notice of supplemental authority concerning an opinion entered after briefing to argue new opinion was wrongly decided); *Smith v. Stellar Recovery, Inc.*, No. 15-cv-11717, 2017 WL

1336075, at *8 (E.D. Mich. Feb. 7, 2017) (allowing defendant to respond to plaintiff's notice of supplemental authority). The proposed Response to Notice of Supplemental Authority is attached hereto as Exhibit A.

## CONCLUSION

For the foregoing reasons, Belvoir respectfully requests that it be granted leave to file a response to Plaintiffs' Notice of Supplemental Authority.

Dated: July 28, 2023                    Respectfully submitted,

/s/ *Kristen C. Rodriguez*
Kristen C. Rodriguez
Deborah H. Renner
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700
kristen.rodriguez@dentons.com
deborah.renner@dentons.com

Peter B. Kupelian (P31812)
Carol G. Schley (P51301)
CLARK HILL PLC
151 South Old Woodward Ave., Suite 200
Birmingham, MI 48009
(248) 530-6336
pkupelian@clarkhill.com
cschley@clarkhill.com

*Counsel for Defendant
Belvoir Media Group, LLC*

## Certificate of Service

I hereby certify that on July 28, 2023, a copy of the foregoing document was filed electronically and served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ *Kristen C. Rodriguez*
Kristen C. Rodriguez