IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

PHILLIP LEE; PAMELA WHITE; PATRICIA VANDUSEN; RONALD ALLIX; and RANDY WELCH, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

BELVOIR MEDIA GROUP, LLC,

    Defendant.

Case No. 22-12153

Hon. Shalina D. Kumar

Magistrate Judge David R. Grand

_____/

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE of the following change of address for the attorney(s) listed below representing Defendant in the above-referenced action. Please note that telephone and fax numbers and email addresses will remain the same.

Effective August 28, 2023, the address is:

Clark Hill PLC
220 Park Street, Suite 200
Birmingham, MI 48009-3477

    CLARK HILL PLC

    By: *Carol G. Schley*
    Peter B. Kupelian (P31812)
    Carol G. Schley (P51301)
    220 Park Street, Suite 200
    Birmingham, MI 48009

(248) 530-6336
pkupelian@clarkhill.com
cschley@clarkhill.com

*Counsel for Defendant
Belvoir Media Group, LLC*

## Certificate of Service

I hereby certify that on September 19, 2023, a copy of the foregoing document was filed electronically and served to all parties by operation of the Court's electronic filing system.

/s/ *Carol G. Schley*
Carol G. Schley (P51301)
220 Park Street, Suite 200
Birmingham, MI 48009
(248) 530-6338
cschley@clarkhill.com

2

L3160\446974\273144056