UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Phillip Lee, et al.,

                        Plaintiff(s),

v.                                              Case No. 4:22−cv−12153−SDK−DRG
                                                               Hon. Shalina D. Kumar

Belvoir Media Group, LLC,

                        Defendant(s),
_____/

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Shalina D. Kumar as follows:

- SCHEDULING CONFERENCE:  December 14, 2023 at 10:00 AM

The conference shall be initiated by .

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**   The parties are to call 313−261−7355 and enter Conference ID 985 603 371 to join the call.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                     By: s/T. Hallwood
                                                           Case Manager

Dated:   December 5, 2023