# EXHIBIT D-1

Library ID: 1789695421459598                              •••

✓ Active

Started running on Nov 6, 2023

Platforms 

See ad details

---

 **Consumer Rights Law**
Sponsored

We are investigating Belvoir Media Group, LLC for violating a
Michigan privacy law by disclosing customers' personal data
concerning their subscriptions to the magazine.

If you subscribed to Focus on Healthy Aging or another Belvoir
Media newsletter in 2015 or 2016, while residing in Michigan,
your personal information may have been sold without your...



CONSUMERATTORNEYHELP.COM
Know your rights. Get in touch with an attorney today.          Learn more
Talk to an attorney at no cost today.