# EXHIBIT D-2

