# EXHIBIT E

Query   Reports   Utilities   Help   Log Out

CLOSED

# United States District Court
## Western District of Michigan (Southern Division (1))
### CIVIL DOCKET FOR CASE #: 1:22-cv-00477-HYJ-RSK

| | |
|---|---|
| Taylor v. Belvoir Media Group, LLC | Date Filed: 05/30/2022 |
| Assigned to: Chief Judge Hala Y. Jarbou | Date Terminated: 09/14/2022 |
| Referred to: Magistrate Judge Ray Kent (events as ordered) | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Fraud | Nature of Suit: 370 Other Fraud |
| | Jurisdiction: Diversity |

**plaintiff**

**Jason Taylor**
*individually and on behalf of all others similarly situated*
*also known as*
Jay Taylor

represented by **E. Powell Miller**
Miller Law Firm PC
950 W University Dr., Ste. 300
Rochester, MI 48307
(248) 841-2200
Email: epm@millerlawpc.com
*ATTORNEY TO BE NOTICED*

**Gregory A. Mitchell**
The Miller Law Firm PC
950 W University Dr., Ste. 300
Rochester, MI 48307
(248) 841-2200
Email: gam@millerlawpc.com
*ATTORNEY TO BE NOTICED*

**Joseph I. Marchese**
Bursor & Fisher, P.A. (NY)
1330 Avenue of the Americas, 32nd Fl.
New York, NY 10019
(646) 837-7410
Email: jmarchese@bursor.com
*ATTORNEY TO BE NOTICED*

**Philip L. Fraietta**
Bursor & Fisher, P.A. (NY)
1330 Avenue of the Americas, 32nd Fl.
New York, NY 10019
(646) 837-7150
Email: pfraietta@bursor.com
*ATTORNEY TO BE NOTICED*

**Sharon S. Almonrode**
The Miller Law Firm PC
950 W University Dr., Ste. 300
Rochester, MI 48307

                                        (248) 746-0700
Email: ssa@millerlawpc.com
*ATTORNEY TO BE NOTICED*

**Frank S. Hedin**
Hedin Hall LLP
1395 Brickell Ave., Ste. 900
Miami, FL 33131
(305) 357-2107
Email: fhedin@hedinhall.com
*ATTORNEY TO BE NOTICED*

**plaintiff**

| | | |
|---|---|---|
| **Mary Scott-Mooney** *individually and on behalf of all others similarly situated* also known as Cathy Mooney | represented by | **Gregory A. Mitchell** (See above for address) *ATTORNEY TO BE NOTICED* |

                                        **Joseph I. Marchese**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip L. Fraietta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sharon S. Almonrode**
(See above for address)
*ATTORNEY TO BE NOTICED*

**E. Powell Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Frank S. Hedin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**plaintiff**

| | | |
|---|---|---|
| **Ericka Killingbeck** *individually and on behalf of all others similarly situated* | represented by | **Gregory A. Mitchell** (See above for address) *ATTORNEY TO BE NOTICED* |

                                        **Joseph I. Marchese**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip L. Fraietta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sharon S. Almonrode**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                          **E. Powell Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Frank S. Hedin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**plaintiff**

| | | |
|---|---|---|
| **Francine Leggett**<br>*individually and on behalf of all others similarly situated* | represented by | **Gregory A. Mitchell**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Joseph I. Marchese**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip L. Fraietta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sharon S. Almonrode**
(See above for address)
*ATTORNEY TO BE NOTICED*

**E. Powell Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Frank S. Hedin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**plaintiff**

| | | |
|---|---|---|
| **Cheryl Lockhart**<br>*individually and on behalf of all others similarly situated* | represented by | **Gregory A. Mitchell**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Joseph I. Marchese**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip L. Fraietta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sharon S. Almonrode**
(See above for address)
*ATTORNEY TO BE NOTICED*

**E. Powell Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
| | **Frank S. Hedin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**plaintiff**

| | | |
|---|---|---|
| **Martha Lentz**<br>*individually and on behalf of all others similarly situated* | represented by | **Gregory A. Mitchell**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Joseph I. Marchese**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Philip L. Fraietta**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Sharon S. Almonrode**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **E. Powell Miller**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Frank S. Hedin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**defendant**

| | | |
|---|---|---|
| **Belvoir Media Group, LLC** | represented by | **Carol G. Schley**<br>Clark Hill PLC (Birmingham)<br>220 Park St., Ste. 200<br>Birmingham, MI 48009-6103<br>(248) 530-6338<br>Fax: (248) 988-2312<br>Email: cschley@clarkhill.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Katelynn McCollough**<br>Dentons Davis Brown PC<br>215 10th St., Ste. 1300<br>Des Moines, IA 50309<br>(515) 288-2500<br>Fax: (515) 243-0654<br>Email: katelynn.mccollough@dentons.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Kristen Rodriguez**<br>Dentons US LLP (IL)<br>233 S Wacker Dr., Ste. 7800 |

Chicago, IL 60606  
(312) 876-6133  
Email: kristen.rodriguez@dentons.com  
*ATTORNEY TO BE NOTICED*

**Peter B. Kupelian**  
Clark Hill PLC (Birmingham)  
220 Park St., Ste. 200  
Birmingham, MI 48009-6103  
(248) 530-6336  
Email: pkupelian@clarkhill.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2022 | 1 | COMPLAINT with jury demand against Belvoir Media Group, LLC filed by Jason Taylor (Attachments: # 1 Index, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q) (Hedin, Frank) (Entered: 05/30/2022) |
| 05/30/2022 | 2 | PROPOSED SUMMONS to be issued re 1 (Hedin, Frank) (Entered: 05/30/2022) |
| 05/30/2022 |  | FILING FEE PAID re 1 by plaintiff Jason Taylor in the amount of $402, receipt number AMIWDC-6755776 (Hedin, Frank) (Entered: 05/30/2022) |
| 05/31/2022 | 3 | (DISREGARD) SUMMONS ISSUED as to defendant Belvoir Media Group, LLC (slk) Modified text on 5/31/2022 - please see 5 for corrected filing(slk). (Entered: 05/31/2022) |
| 05/31/2022 | 4 | NOTICE that this case has been assigned Jane M. Beckering (slk) (Entered: 05/31/2022) |
| 05/31/2022 | 5 | SUMMONS ISSUED as to defendant Belvoir Media Group, LLC (slk) (Entered: 05/31/2022) |
| 05/31/2022 |  | (NON-DOCUMENT) NOTICE that Summons Issued 3 was filed in error and should be disregarded - please see 5 for corrected summons (slk) (Entered: 05/31/2022) |
| 06/01/2022 |  | (NON-DOCUMENT) ATTORNEY APPEARANCE of Philip L. Fraietta on behalf of plaintiff Jason Taylor (Fraietta, Philip) (Entered: 06/01/2022) |
| 06/01/2022 |  | (NON-DOCUMENT) ATTORNEY APPEARANCE of E. Powell Miller on behalf of plaintiff Jason Taylor (Miller, E.) (Entered: 06/01/2022) |
| 06/01/2022 |  | (NON-DOCUMENT) ATTORNEY APPEARANCE of Sharon S. Almonrode on behalf of plaintiff Jason Taylor (Almonrode, Sharon) (Entered: 06/01/2022) |
| 06/01/2022 |  | (NON-DOCUMENT) ATTORNEY APPEARANCE of Gregory A. Mitchell on behalf of plaintiff Jason Taylor (Mitchell, Gregory) (Entered: 06/01/2022) |
| 06/20/2022 |  | (NON-DOCUMENT) ATTORNEY APPEARANCE of Peter B. Kupelian on behalf of defendant Belvoir Media Group, LLC (Kupelian, Peter) (Entered: 06/20/2022) |
| 06/20/2022 |  | (NON-DOCUMENT) ATTORNEY APPEARANCE of Carol G. Schley on behalf of defendant Belvoir Media Group, LLC (Schley, Carol) (Entered: 06/20/2022) |
| 06/21/2022 | 6 | PROPOSED STIPULATION and ORDER *Extending Time for Defendant to Answer or Otherwise Respond to Plaintiff's Complaint* by defendant Belvoir Media Group, LLC (Schley, Carol) (Entered: 06/21/2022) |

| | | |
|---|---|---|
| 06/22/2022 | 7 | ORDER granting stipulated proposed order 6 ; the deadline by which Defendant may file an answer or take any other action in response to Plaintiff's Complaint is extended through and includes 8/19/2022; signed by District Judge Jane M. Beckering (rmw) (Entered: 06/22/2022) |
| 07/06/2022 | 8 | ADMINISTRATIVE ORDER No. 22-CA-055 that this case is reassigned to District Judge Hala Y. Jarbou and Magistrate Judge Ray Kent for all further proceedings ; signed by Chief Judge Robert J. Jonker (mg) (Entered: 07/06/2022) |
| 07/07/2022 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of Kristen Rodriguez on behalf of defendant Belvoir Media Group, LLC (Rodriguez, Kristen) (Entered: 07/07/2022) |
| 07/08/2022 | 9 | ORDER TO SHOW CAUSE: Plaintiff to show cause or file amended complaint by 7/15/2022; signed by District Judge Hala Y. Jarbou (aks) (Entered: 07/08/2022) |
| 07/08/2022 | 10 | NOTICE of status conference set for 7/19/2022 at 1:30 PM by video before District Judge Hala Y. Jarbou; (aks) (Entered: 07/08/2022) |
| 07/08/2022 | 11 | (RESTRICTED ACCESS) DOCUMENT *Videoconference Information for 7/19/2022 hearing.* RECORDING OR BROADCASTING OF THIS PROCEEDING IS PROHIBITED. W.D. Mich. LGenR 4.1(c)(i) and (ii). [Access to this document is available to the Court and attorney(s) for Belvoir Media Group, LLC, Jason Taylor only] (aks) (Entered: 07/08/2022) |
| 07/13/2022 | 12 | RESPONSE by plaintiff Jason Taylor to Order to Show Cause (Deadline) 9 (Attachments: # 1 Exhibit A) (Miller, E.) (Entered: 07/13/2022) |
| 07/18/2022 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of Joseph I. Marchese on behalf of plaintiff Jason Taylor (Marchese, Joseph) (Entered: 07/18/2022) |
| 07/18/2022 | 13 | ORDER dismissing order to show cause 9 ; signed by Chief Judge Hala Y. Jarbou (aks) (Entered: 07/18/2022) |
| 07/19/2022 | 14 | MINUTES of status conference; held before Chief Judge Hala Y. Jarbou (Court Reporter: Genevieve Hamlin) (aks) (Entered: 07/20/2022) |
| 07/23/2022 | 15 | *FIRST* AMENDED COMPLAINT against Belvoir Media Group, LLC filed by Jason Taylor, Mary Scott-Mooney, Ericka Killingbeck, Martha Lentz, Cheryl Lockhart, Francine Leggett (Attachments: # 1 Index of Exhibits, # 2 Exhibit A-BELVOIR MEDIA GROUP ELITE MASTERFILE Mailing List, # 3 Exhibit B-Privacy: Sales, Rentals of Videos, etc., House Legislative Analysis Section, H.B. No. 5331, Jan. 20, 1989, # 4 Exhibit C-The Information Marketplace: Merging and Exchanging Consumer Data (Mar. 13, 2001), # 5 Exhibit D-Web's Hot New Commodity: Privacy, WSJ.com (Feb. 28, 2011), # 6 Exhibit E-Statement of FTC Commissioner Pamela Jones Harbour (Dec. 7, 2009), # 7 Exhibit F-Martha C. White, Big Data Knows What You're Doing Right Now, TIME.com (July 31, 2012), # 8 Exhibit G-Natasha Singer, You for Sale: Mapping, and Sharing, the Consumer Genome, N.Y. Times (June 16, 2012), # 9 Exhibit H-Letter from Senator John D. Rockefeller IV, Chairman, Senate Committee on Commerce, Science, and Transportation, to Scott E. Howe, Chief Executive Officer, Acxiom (Oct. 9, 2012), # 10 Exhibit I-Bipartisan Group of Lawmakers Query Data Brokers About Practices Involving Consumers' Personal Information, Website of Senator Ed Markey (July 24, 2012), # 11 Exhibit J-Prize Scams, Federal Trade Commission, # 12 Exhibit K-Charles Duhigg, Bilking the Elderly, With a Corporate Assist, N.Y. Times, May 20, 2007, # 13 Exhibit L-Fraud Against Seniors: Hearing before the Senate Special Committee on Aging (August 10, 2000), # 14 Exhibit M-2014 TRUSTe US Consumer Confidence Privacy Report, TRUSTe, # 15 Exhibit N-Joshua Brustein, Start-Ups Seek to Help Users Put a Price on Their Personal Data, N.Y. Times (Feb. 12, 2012), # 16 Exhibit O-Tsai, Cranor, Acquisti, and Egelman, The Effect of Online Privacy Information on Purchasing Behavior, 22(2) |

| | | |
|---|---|---|
| | | Information Systems Research 254, 254 (2011), # 17 Exhibit P-Hann, et al., The Value of Online Information Privacy: An Empirical Investigation (Oct. 2003), # 18 Exhibit Q-California's Reader Privacy Act Signed into Law, Electronic Frontier Foundation (Oct. 3, 2011)) (Miller, E.) Modified text and filers on 7/25/2022 (ems). (Entered: 07/23/2022) |
| 07/26/2022 | 16 | JOINT STATUS REPORT submitted for filing by plaintiffs Ericka Killingbeck, Francine Leggett, Martha Lentz, Cheryl Lockhart, Mary Scott-Mooney, Jason Taylor (Miller, E.) (Entered: 07/26/2022) |
| 07/28/2022 | 17 | ORDER re status report 16 ; setting status conference via video for 8/4/2022 at 10:00 AM; signed by Chief Judge Hala Y. Jarbou (aks) (Entered: 07/28/2022) |
| 07/28/2022 | 18 | (RESTRICTED ACCESS) DOCUMENT *Videoconference Information for 8/4/2022 hearing;* RECORDING OR BROADCASTING OF THIS PROCEEDING IS PROHIBITED. W.D. Mich. LGenR 4.1(c)(i) and (ii). [Access to this document is available to the Court and attorney(s) for Belvoir Media Group, LLC, Ericka Killingbeck, Francine Leggett, Martha Lentz, Cheryl Lockhart, Mary Scott-Mooney, Jason Taylor only] (aks) (Entered: 07/28/2022) |
| 08/02/2022 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of Katelynn McCollough on behalf of defendant Belvoir Media Group, LLC (McCollough, Katelynn) (Entered: 08/02/2022) |
| 08/04/2022 | 19 | MINUTES of status conference; held before Chief Judge Hala Y. Jarbou (Court Reporter: Genevieve Hamlin) (aks) (Entered: 08/09/2022) |
| 08/19/2022 | 20 | MOTION to dismiss *(Defendant Belvoir Media Group, LLC's Motion to Dismiss Plaintiffs' Amended Complaint with Brief in Support)* by defendant Belvoir Media Group, LLC; (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Rodriguez, Kristen) (Entered: 08/19/2022) |
| 08/19/2022 | 21 | CORPORATE DISCLOSURE STATEMENT by Belvoir Media Group, LLC (Rodriguez, Kristen) (Entered: 08/19/2022) |
| 08/22/2022 | 22 | NOTICE to attorney Kristen Rodriguez regarding recent filing 21 (ems) (Entered: 08/22/2022) |
| 08/22/2022 | 23 | ORDER setting Rule 16 scheduling conference by telephone: telephone Rule 16 scheduling conference set for 9/22/2022 at 10:30 AM before Magistrate Judge Ray Kent; status report due by 9/19/2022; signed by Magistrate Judge Ray Kent (fhw) (Entered: 08/22/2022) |
| 09/14/2022 | 24 | NOTICE OF VOLUNTARY DISMISSAL of case filed by plaintiffs Ericka Killingbeck, Francine Leggett, Martha Lentz, Cheryl Lockhart, Mary Scott-Mooney, Jason Taylor (Marchese, Joseph) (Entered: 09/14/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/14/2024 19:22:41 | | | |
| **PACER Login:** | DDB00200 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:22-cv-00477-HYJ-RSK |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |