IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PHILLIP LEE; PAMELA WHITE; PATRICIA VANDUSEN; RONALD ALLIX; and RANDY WELCH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BELVOIR MEDIA GROUP, LLC,<br><br>Defendant. | Case No. 4:22-cv-12153-SDK-DRG<br><br>**DECLARATION OF THOMAS E. CANFIELD** |

I, Thomas E. Canfield, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the Vice President of Circulation at Belvoir Media Group, LLC ("Belvoir") and manage Belvoir's marketing database. I have been in this role since 2006. In my over twenty years with the company, I have held a number of different roles at Belvoir.

2. I make this declaration as a supplement to my previous Reply Declaration, in which I explain Ronald Allix's subscription to *Kitplanes*. (ECF No. 23-1, ¶¶ 4 and 6; Rodriguez Dec., Ex. B.)

3. The following is a true and correct screenshot from Belvoir's subscriber database, with highlighting added in red, which shows Mr. Allix's subscription

record for his purchase of *Kitplanes* in 2007. Belvoir has no other subscription records concerning Mr. Allix.



4. The "Agency Code", outlined in red above, indicates that Mr. Allix made his purchase of *Kitplanes* through Synapse Group, Inc., a third party.

5. As shown above, also outlined in red, this subscription lasted from September 2007 to August 2008 and was not renewed.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: January 18, 2024

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

_____
Thomas E. Canfield