# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PHILIP LEE; PAMELA WHITE; PATRICIA VANDUSEN; RONALD ALLIX; and RANDY WELCH, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>BELVOIR MEDIA GROUP, LLC,<br>          Defendant. | )<br>)  Case No. 4:22-cv-12153<br>)<br>)  Hon. Shalina D. Kumar<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S MOTION TO
## STAY MATTER PENDING MEDIATION

Defendant Belvoir Media Group, LLC ("Defendant"), by and through its counsel, hereby moves the Court as follows:

1. Currently pending before this Court is Plaintiffs' Motion for Leave to File Second Amended Class Action Complaint.

2. Plaintiffs and Defendant have reached an agreement to mediate this matter with Jill Sperber, Esq. of Judicate West, 1925 Century Park East, Suite 1700, Los Angeles, CA 90067.

3. Based upon the availability of Ms. Sperber, the parties, and counsel, the mediation is scheduled for May 22, 2024.

4. In light of the above, and for efficiency purposes, Defendant hereby requests this matter be stayed, including any decision concerning Plaintiffs' pending Motion, until after the mediation takes place.

5. On March 18, 2024, the parties met and conferred on the relief requested in this Motion. Plaintiffs take no position in the relief requested in the Motion.

WHEREFORE, Defendant respectfully requests that this matter be stayed until a date set by the Court within a reasonable time after the parties' May 22, 2024 mediation, and that the Court grant all other relief deemed necessary and appropriate.

Date: March 19, 2024          Respectfully submitted,

/s/Carol G. Schley
Kristen C. Rodriguez
Deborah H. Renner
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700
kristen.rodriguez@dentons.com
deborah.renner@dentons.com

Peter B. Kupelian (P31812)
Carol G. Schley (P51301)
CLARK HILL PLC
220 Park Street, Suite 200
Birmingham, MI 48009
(248) 530-6336
pkupelian@clarkhill.com
cschley@clarkhill.com
*Counsel for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PHILIP LEE; PAMELA WHITE; PATRICIA VANDUSEN; RONALD ALLIX; and RANDY WELCH, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>BELVOIR MEDIA GROUP, LLC,<br>      Defendant. | Case No. 4:22-cv-12153<br><br>Hon. Shalina D. Kumar |

## **BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO STAY MATTER PENDING MEDIATION**

## **ISSUE PRESENTED**

Should this matter be stayed until a date set by the Court within a reasonable time after the parties' May 22, 2024 mediation?

Defendant Responds: Yes

i

## **CONTROLLING OR MOST APPROPRIATE AUTHORITY**

Fed.R.Civ.P. 16(b)(4)

*Dietz v. Bouldin*, 579 U.S. 40 (2016)

# ARGUMENT

Pursuant to Fed.R.Civ.P. 16(b)(4), "A schedule may be modified only for good cause and with the judge's consent." Further, "[D]istrict courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases." *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016).

The parties will be mediating on May 22, 2024. In light of this upcoming mediation, a stay is appropriate so the Court and the parties do not have to expend time and resources on this matter in the interim, including efforts related to Plaintiffs' pending Motion for Leave to File Second Amended Class Action Complaint.

WHEREFORE, Defendant respectfully requests that this matter be stayed until a date set by the Court within a reasonable time after the parties' May 22, 2024 mediation, and that the Court grant all other relief deemed necessary and appropriate.

Date: March 19, 2024                Respectfully submitted,

/s/Carol G. Schley
Kristen C. Rodriguez
Deborah H. Renner
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700
kristen.rodriguez@dentons.com
deborah.renner@dentons.com

1

Peter B. Kupelian (P31812)
Carol G. Schley (P51301)
CLARK HILL PLC
220 Park Street, Suite 200
Birmingham, MI 48009
(248) 530-6336
pkupelian@clarkhill.com
cschley@clarkhill.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

CLARK HILL PLC

By: s/Carol G. Schley
Carol G. Schley (P51301)
220 Park Street, Suite 200
Birmingham, MI 48009
248-530-6338
cschley@clarkhill.com

446974\276489492.v1

2