# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PHILIP LEE; PAMELA WHITE; PATRICIA VANDUSEN; RONALD ALLIX; and RANDY WELCH, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BELVOIR MEDIA GROUP, LLC,<br>　　　　　　Defendant. | Case No. 4:22-cv-12153<br><br>Hon. Shalina D. Kumar |

## ORDER STAYING MATTER PENDING MEDIATION

Defendant Belvoir Media Group, LLC, having filed a Motion to Stay Matter Pending Mediation, Plaintiffs having taken no position on the Motion, the parties having scheduled mediation on May 22, 2024, and the Court being fully advised of the premises, **IT IS HEREBY ORDERED** as follows:

1. This matter is stayed until further order of the Court.

2. The parties shall submit a joint status report to the Court within 10 business days of the mediation date.

　　**SO ORDERED.**


Date: April 10, 2024　　　　　　　　s/Shalina D. Kumar
　　　　　　　　　　　　　　　　　Hon. Shalina D. Kumar
　　　　　　　　　　　　　　　　　U.S. District Court Judge