UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PHILLIP LEE et al., <br><br> Plaintiffs, <br><br> v. <br><br> BELVOIR MEDIA GROUP, LLC, <br><br> Defendant. | Case No. 22-12153 <br> Honorable Shalina D. Kumar <br> Magistrate Judge David R. Grand |

**ORDER DISMISSING CASE WITH PREJUDICE**

On May 28, 2024, the Court received notice from the parties that a settlement of the claims in this case has been reached. On this basis, the Court will dismiss the case with prejudice and will retain jurisdiction to resolve any disputes over settlement matters, including reopening the case if the settlement ultimately fails.

**IT IS ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE.** To the extent not otherwise disposed of, any scheduled hearings are **CANCELLED**, and all pending motions are **DENIED AS MOOT.**

**IT IS SO ORDERED**.

Dated: May 30, 2024

s/ Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge